THE PEOPLE, ETC., *v.* HENRY COHEN, Principal, and JOSE-
PHINE HEINRICH, Surety.

APPLICATION for remission of forfeited recognizance, etc.

BISCHOFF, J.   The certificate of the district attorney fails to
show that the expenses incurred in recapture, and the enforce-
ment of the forfeiture, have been paid.   *People* v. *Lasher*, 11
N. Y. Supp. 711.   Upon filing a certificate meeting above
requirements, or to the effect that there were no such captures,
this application should be granted.

DALY, Ch. J., and PRYOR, J., concur.
Application granted.

---

SUPERIOR COURT OF THE CITY OF NEW YORK—
GENERAL TERM, DECEMBER, 1892.

ARTHUR FULLER et al., Respondents, *v.* CHARLES WISE et al.,
Appellants.

APPEAL from order of the Special Term.

*Horwitz & Hirshfield* (*Otto Horwitz*, of counsel), for
defendants (appellants).

*Henry A. Root* (*Thaddius D. Kenneson*, of counsel), for
plaintiffs (respondents).

GILDERSLEEVE, J.   This is an appeal from an order made
at Special Term denying a motion made by Charles Wise, the
defendant, to have a judgment that had been entered herein
for costs, marked satisfied in full of record, upon the ground
that it had been fully paid in settlement of another matter.

The only question involved on the motion below, and that
is now presented for consideration on this appeal, is one of
fact.   We have carefully examined the record, and cannot
find such a preponderance of evidence in support of the

defendant's contention as to warrant us in disturbing the order made by the learned judge below

The order appealed from must be affirmed, with ten dollars costs and disbursements.

FREEDMAN and McADAM, JJ., concur.